UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                                        )

**ATLANTIC AVIATION INVESTMENTS LLC,**    )

                            Plaintiff,       )

            v.                   )    STATEMENT OF PLAINTIFF ATLANTIC AVIATION INVESTMENTS LLC, PURSUANT TO RULE 7.1

**VARIG LOGÍSTICA S.A.**    )

                  Defendant.     )

------------------------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Atlantic Aviation Investments LLC ("AAI") certifies that AAI is an indirect wholly owned subsidiary of LAN Airlines S.A. LAN PAX Group S.A., a subsidiary of LAN Airlines S.A., owns 99% of the membership interests of AAI. LAN Airlines S.A. is a publicly traded company.

Dated: New York, New York
       August 24, 2007

                                        Respectfully Submitted,

                                        CLEARY, GOTTLIEB, STEEN & HAMILTON

                                        By: _____
                                            Jeffrey A. Rosenthal
                                            A Member of the Firm

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Plaintiff Atlantic Aviation
Investments LLC