UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC AVIATION INVESTMENTS LLC,

    Plaintiff,

- v -

VARIG LOGÍSTICA S.A.,

    Defendant.

Civil Action No.
07 Civ. 7534 (PKL)

### NOTICE OF VOLUNTARY
### DISMISSAL UNDER RULE 41(a)(1)

PLEASE TAKE NOTICE that Plaintiff Atlantic Aviation Investments, LLC hereby voluntarily dismisses this action against Defendant Varig Logística S.A. pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure without prejudice and without costs.

Dated: New York, New York
August 29, 2007

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Jeffrey A. Rosenthal
A Member of the Firm

One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (fax)

Attorneys for Atlantic Aviation Investments, LLC

SO ORDERED 8/29/07

_____
U.S.D.J.