UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
ATLANTIC AVIATION INVESTMENTS LLC,                                       :
                                                                         :   Civil Action No.
                     Plaintiff,                         :   07 Civ. 7534 (PKL)
                                                                         :
              - against -                                  :   CERTIFICATE OF
                                                                         :   SERVICE
VARIG LOGISTICA S.A.,                                                    :
                                                                         :
                     Defendant.                         :
                                                                         :
------------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice before the Courts of the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 29th day of August 2007, the Notice of Voluntary Dismissal Under Rule 41(a)(1) is being served by Federal Express upon:

> Varig Logistica S.A.
> 5815 NW 18 Street
> Building 7165
> Miami, FL  33126

        2. This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
          August 29, 2007

                                                                        /s/Richard V. Conza
                                                                         Richard V. Conza